IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC..        Civil Action No. 08 CV 1632
    Plaintiff,

**Rule 7.1 Statement**

GIRASOL LOUNGE INC.
and MARINA TORRES

    Defendants,

_____

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: February 5, 2008                                          /s/ Paul J. Hooten
                                                                                      Signature of Attorney
                                                                                      Paul J. Hooten, Esq.
                                                                                      Attorney Bar Code: PJH9510