UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,          Index # 08-CV-1632

   -against-

                                      **CERTIFICATE OF SERVICE**

GIRASOL LOUNGE INC.
and MARINA TORRES
                Defendants,
_____

      I certify that a copy of the Letter and Proposed Pretrial Scheduling Order issued on March 11, 2008 by the Honorable Harold Baer, Jr. Chambers was sent in a postage prepaid envelope, via first class mail of the U.S. Postal Service within the State of New York, addressed to each of the following persons at the last known address on March 14, 2008:

To:    Girasol Lounge Inc.
        1A East Tremont Avenue
        Tremont & Jerome Street
        Bronx, NY 10453

        Marina Torres
        Tremont & Jerome Street
        Bronx, NY 10453


                                    By:    /s/ Lucille Eichler
                                           Lucille Eichler
                                           Paul J. Hooten & Associates
                                           5505 Nesconset Highway, Suite 203
                                           Mt. Sinai, NY 11766