UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

       Plaintiff    08 CV 1632

 -AGAINST-

GIRASOL LOUNGE INC.
and MARINA TORRES      **AFFIDAVIT FOR JUDGMENT**
               **BY DEFAULT**
      Defendant
------------------------------------------------X

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

  Paul J. Hooten, being duly sworn, deposes and says:

I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

 1. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

 2. This is an action to recover the unauthorized exhibition of the telecast of the February 25, 2006, boxing match between Fernando Vargas and Shane Mosley by the defendant. See attached summons and complaint attached hereto as Exhibit "A".

 3. This action was commenced on February 19, 2008 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant Girasoll Lounge on March 21, 2008 by service on Donna Christie, Clerk authorized to accept and on Marina

Torres on March 26, 2008 by service on Margarita Torres, Relative of Defendant.   The defendant failed to appear at the Pretrial Conference scheduled for April 17, 2008.

4.   This action seeks judgment in the amount of $20,000.00, plus interest at 9% from February 25, 2006, amounting to $3,900.00, plus attorney fees amounting to $700.00, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $25,070.00.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
April 28, 2008

/s/ Paul J. Hooten
Paul J. Hooten (PJH9510)

Sworn to before me this
28th day of April, 2008

/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff        0 CV 1632

  -AGAINST-

GIRASOL LOUNGE, INC.
and MARINA TORRES         **STATEMENT OF DAMAGES**

                Defendant
-------------------------------------------------X


| | |
|---|---|
| Amount of judgment ...................……………………… | $20,000.00 |
| Interest at 9% from February 25, 2006 through April, 2008 ........ . | $ 3,900.00 |
| Costs and Disbursements: | |
| Clerk's fee ……………………………………………………… | $   350.00 |
| Process Server fee for service ………………………………….. | $   120.00 |
| Attorney fees ........................................................................... | $   700.00 |
| Total as of April 2008...............................………… | $25,070.00 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                         Plaintiff           08 CV 1632

  -AGAINST-

GIRASOL LOUNGE, INC.
and MARINA TORRES                     **CERTIFICATE OF SERVICE**

                         Defendant
-----------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and

Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail,

addressed to the following on April 28, 2008:

Girasol Lounge, Inc.
1A East Tremont Avenue
Tremont & Jerome Street
Bronx, NY 10453

Marina Torres
1 East Tremont Avenue, Apt. 1A
Tremont & Jerome Street
Bronx, NY 10453

                        By:    /s/ Paul J. Hooten
                                Paul J. Hooten, Esquire
                                Attorney for Plaintiff
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766
                                Telephone (631) 331-0547